## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Lincoln National Life Insurance Company,

        Plaintiff,                    Civil No. 08-1330 (RHK/RLE)

vs.

**ORDER**

Gina Anderson, Mary Dwyer, Robert Dwyer,

        Defendants.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 15, 2008

                                                s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge