# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Lincoln National Life Insurance Company,                    Civil No. 08-1330 (RHK/RLE)

                Plaintiff,                                    **ORDER**

v.

Gina Anderson, Mary Dwyer and Robert
Dwyer,

                Defendant.

---

This matter came before the Court on a Stipulation of the parties (Doc. No. 10).

Based upon the foregoing, it is hereby **ORDERED**:

1.      Plaintiff The Lincoln National Life Insurance Company is granted leave to deposit the life insurance proceeds of $20,000.00, together with applicable interest, with the Court.

2.      The Clerk of Court is directed to receive such funds.

3.      The funds will be deposited into an interest bearing account.

4.      Upon the Clerk's receipt of the funds, Plaintiff is **DISMISSED WITH PREJUDICE** and without an award of costs to any party.

Dated:  July 30, 2008

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge