## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

The Lincoln National Life Insurance Company,              Civil No. 08-1330 (RHK/RLE)

            Plaintiff,              **ORDER**

v.

Gina Anderson, Mary Dwyer and Robert
Dwyer,

            Defendants.

_____


     This matter came before the Court on a Stipulation of the remaining parties (Doc. No.

14).  Based upon the foregoing, and all the files, records and proceedings herein, **IT IS**

**ORDERED**:

     1.  The Clerk of Court is directed to remit to Gina Anderson, via her attorney, Michael J.

Froelich, the sum of $21,064.75 previously received from Plaintiff and deposited with the Clerk

of Court.

     2.  Upon the forwarding to Gina Anderson the $21,064.75, the matter is **DISMISSED**

**WITH PREJUDICE** and without an award of costs or attorney fees to any party.

Dated: September 5, 2008


                        s/Richard H. Kyle_____
                        RICHARD H. KYLE
                        United States District Judge